# EXHIBIT A

**EXHIBIT A**

| Website | Sample 1 Infringed Title | Sample 1 Infringing URL | Sample 2 Infringed Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| Uvod.tv | Outside the Wire | https://classic.uvod.tv/detail/105798 | Godzilla vs Kong | https://classic.uvod.tv/detail/107276 |
| We-play.tv | Birds of Prey (and the Fantabulous Emancipation of One Harley Quinn) | https://we-play.tv/watching/movie/birds-of-prey-and-the-fantabulous-emancipation-of-one-harley-quinn-2020 | Soul | https://we-play.tv/watching/movie/soul-2020 |
| Bilutvs.net | Outside the Wire | https://bilutvs.net/xem-phim/17848.225942-vung-chien-su-hiem-nguy-tap-full-1503 | Tenet | https://bilutvs.net/phim/17130-tenet-1503 |
| Moviesrulz.net | Godzilla vs Kong | https://moviesrulz.net/godzilla-vs-kong-2021-english/full-movie-watch-online-free-hd-3516.html | Mulan (Live Action) | https://moviesrulz.net/mulan-2020-english/full-movie-watch-online-free-3-1485.html |
| Watchserieshd.tv | The Queen's Gambit: Season 1 Episode 7 | https://watchserieshd.tv/series/the-queens-gambit-season-1-episode-7 | | |
| Tamilblasters.me | Godzilla vs Kong | https://tamilblasters.me/index.php?/forums/topic/20531-godzilla-vs-kong-2021-720p-hdrip-hindi-eng-x264-aac-13gb/ | Outside the Wire | https://tamilblasters.me/index.php?/forums/topic/18010-outside-the-wire-2021-1080p-hdrip-x264-tamil-fandub-eng-51-23gb-esub/ |
| Isaidubb.co | Zack Snyder's Justice League | http://isaidubb.co/tamil/zack-snyders-justice-league-2021-english-tamil-dubbed-movie.html | Godzilla vs Kong | http://isaidubb.co/tamil/godzilla-vs-kong-2021-english-tamil-dubbed-movie.html |
| ev01.to | Soul | https://ev01.to/movie/watch-soul-online-66539 | Dora and the Lost City of Gold | https://ev01.to/movie/watch-dora-and-the-lost-city-of-gold-online-4366 |
| goojara.to | Frozen II | https://goojara.to/mzEwVn | Wonder Woman 1984 | https://goojara.to/mdnAPR |
| onionflix.me | Soul | https://onionflix.me/movies/soul-2020/ | Tenet | https://onionflix.me/movies/tenet-2020/ |
| onionplay.co | Soul | https://onionplay.co/movies/soul-2020/ | Tenet | https://onionplay.co/movies/tenet-2020/ |
| ecouchtuner.club | Godzilla vs Kong | http://ecouchtuner.club/godzilla-vs-kong-2021/ | Wonder Woman 1984 | http://ecouchtuner.club/wonder-woman-1984-2020/ |
| iptorrents.com | Mulan (Live Action) | https://iptorrents.com/t/4037358 | Mortal Kombat | https://iptorrents.com/t/4302382 |

| Website | Sample 1 Infringed Title | Sample 1 Infringing URL | Sample 2 Infringed Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| teforo.com | Mortal Kombat | http://teforo.com/vcx3ds1lk4opu7cx8ds4/index.php?b=3729731670 | Soul | http://teforo.com/vcx3ds1lk4opu7cx8ds4/index.php?b=3627772515 |
| kremok.com | Mortal Kombat | http://kremok.com/xwccdsqm4oi87y0v21bfd5g4sfd87sfd/b/kremok/8113770 | Soul | http://kremok.com/xwccdsqm4oi87y0v21bfd5g4sfd87sfd/b/kremok/7891965 |
| afzor.com | Mortal Kombat | http://afzor.com/nd63mloqaz87c/index.php?b=1905705144 | Soul | http://afzor.com/nd63mloqaz87c/index.php?b=1853609148 |
| Verpeliculasultra.com | Wonder Woman 1984 | https://verpeliculasultra.com/accion/2885-wonder-woman-1984.html | Aladdin (Live Action US) | https://verpeliculasultra.com/estrenos/1471-aladdin.html |
| pelismart.com | Wonder Woman 1984 | https://pelismart.com/pelicula-wonder-woman-1984-latino-online-n1/ | Soul | https://pelismart.com/pelicula-soul-online-latino-n2/ |
| repelisplus.vip | Wonder Woman 1984 | https://www.repelisplus.vip/ver/mujer-maravilla-1984/ | Soul | https://www.repelisplus.vip/ver/soul/ |
| pelisplushd.net | Joker | https://pelisplushd.net/pelicula/joker | It: Chapter 2 | https://pelisplushd.net/pelicula/it-capitulo-2 |
| kerob.xyz | Supernatural | http://kerob.xyz/relizy/serialy/21-sverhestestvennoe-supernatural-15-sezon.html | Grey's Anatomy | http://kerob.xyz/relizy/serialy/378-anatomija-strasti-greys-anatomy-16-sezon.html |
| pobreflix.com | Wonder Woman 1984 | https://pobreflix.com/filmes/assistir-mulher-maravilha-1984-online-hd-dublado/ | Aladdin (Live Action US) | https://pobreflix.com/filmes/assistir-aladdin-2019-online-hd-dublado/ |
| Vizer.tv | Wonder Woman 1984 | https://vizer.tv/filme/online/mulher-maravilha-1984 | Soul | https://vizer.tv/filme/online/soul |
| Filmesonlinegratisbr.com | Wonder Woman 1984 | https://www.filmesonlinegratisbr.com/a-mulher-que-fugiu-legendado-online/ | Soul | https://www.filmesonlinegratisbr.com/soul-dublado-online-pa/ |
| Comandotorrents.org | Joker | https://comandotorrents.org/coringa-torrent-2019-dublado-legendado-bluray-download/ | Soul | https://comandotorrents.org/soul-uma-aventura-com-alma-2021/ |